IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JGC INVESTMENTS, LLC, | |
| Plaintiff, | 8:22CV149 |
| vs. | |
| STATE FARM FIRE AND CASUALTY COMPANY, | ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE |
| Defendant. | |

This case is before the Court on the parties' Stipulation for Dismissal with Prejudice. Filing 23. The record reflects that the case has settled and that the Stipulation for Dismissal with Prejudice, signed by attorneys for all parties, is in compliance with the August 2, 2023, Order entered after advice of settlement. Filing 22. Accordingly,

IT IS ORDERED that the parties' Stipulation for Dismissal with Prejudice, Filing 23, is granted, and this case is dismissed with prejudice, with each party to bear its own costs and attorney's fees.

Dated this 31st day of August, 2023.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge